## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| CHARLES CORTEZ O'CONNOR | ) | CASE NO:   15-37282 |
| & MARCHANGE L. O'CONNOR-ALLEN | ) | |
| | ) | FILING DATE:  10/31/2015 |
| DEBTOR | ) | CHAPTER 13 |
| | ) | JUDGE TIMOTHY BARNES |

## WITHDRAWAL
## OF PROOF OF CLAIM

NOW COMES, THE ILLINOIS TOLLWAY, by and through its attorney, and hereby moves this court to withdraw mistakenly filed Proof of Claim No. 2-2 filed on 11/13/2015 in the amount of $1,621.10

Dated: 11/16/2015

By: _____
NATALIE F. MARCIONE DIRECTOR OF TOLL INITIATIVES
FOR THE ILLINOIS TOLLWAY

Natalie F. Marcione
Director of Toll Initiatives
THE ILLINOIS STATE TOLL HIGHWAY AUTHORITY
2700 Ogden Avenue
Downers Grove, IL  60515
(630) 241-6800

## PROOF OF SERVICE

The undersigned does hereby certify that a copy of this Withdrawal of Proof of Claim was delivered by means of electronic filing to the persons listed below this **29th day of October, 2015**

_____

| **Debtor's Attorney:** | **U.S. Trustee:** | **Trustee:** |
|---|---|---|
| Stephan Gregorowicz | Patrick S. Layng | Glenn B. Stearns |
| Robert Semrad & Assoc., LLC | Office of the U.S. Trustee, Reg. 11 | 801 Warrenville Rd. |
| 20 S. Clark Street | 219 S. Dearborn St., Rm. 873 | Suite 650 |
| Chicago, IL  60603 | Chicago, IL  60604 | Lisle, IL 60532 |

000001
B 10 (Official Form 10) (12/11)

| UNITED STATES BANKRUPTCY COURT    Northern District of Illinois | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>Charles Cortez OConnor & Marchante L Oconnor-Allen | Case Number:<br>15-37282 |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
THE ILLINOIS TOLLWAY

COURT USE ONLY

Name and address where notices should be sent:
THE ILLINOIS TOLLWAY
2700 OGDEN AVENUE
DOWNERS GROVE, IL 60515

Telephone number: (630) 241-6800    email:

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:    email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

1. Amount of Claim as of Date Case Filed:    $_____1,621.10

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. Basis for Claim: __TOLLS AND VIOLATION FINES__
(See instruction #2)

3. Last four digits of any number by which creditor identifies debtor:
0 8 7 4

3a. Debtor may have scheduled account as:
_____
(See instruction #3a)

3b. Uniform Claim Identifier (optional):
_____
(See instruction #3b)

4. Secured Claim (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $_____

Annual Interest Rate_____% ☐ Fixed  or  ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$_____

Basis for perfection: _____

Amount of Secured Claim:    $_____

Amount Unsecured:    $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

Amount entitled to priority:
$_____

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

**Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. Credits. The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

000002
B 10 (Official Form 10) (12/11)                                                                                                    2

---

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, box 4 has been completed, and redacted copies of documents providing evidence of perfection of a security interest are attached. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

---

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.   ☒ I am the creditor's authorized agent.   ☐ I am the trustee, or the debtor,   ☐ I am a guarantor, surety, indorser, or other codebtor.
                        (Attach copy of power of attorney, if any.)   or their authorized agent.   (See Bankruptcy Rule 3005.)
                                                                       (See Bankruptcy Rule 3004.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name: NATALIE F MARCIONE
Title: DIR OF ELECTRONIC TOLL INITIATIVE
Company: THE ILLINOIS TOLLWAY
Address and telephone number (if different from notice address above):                    (Signature)                              (Date)  11/6/15

Telephone number: (630) 241-6800      email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

**INSTRUCTIONS FOR PROOF OF CLAIM FORM**
*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*
**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, attach a complete copy of any power of attorney, and provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

B9I (Official Form 9I) (Chapter 13 Case) (12/12) — Case Number 15-37282

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

### Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines
The debtor(s) listed below filed a chapter 13 bankruptcy case on 10/31/15.

You may be a creditor of the debtor. This notice lists important deadlines. You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors — Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Charles Cortez O'connor<br>12043 S. Union<br>Chicago, IL 60628 | Marchante Leslie Allen–O'Connor<br>aka Marchante Leslie O'Connor, fka Marchante L Allen<br>12043 S. Union<br>Chicago, IL 60628 |
| Case Number: 15-37282<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>-1098<br>-5030 |
| Attorney for Debtor(s) (name and address):<br>Charles L. Magerski<br>Sulaiman Law Group, LTD<br>900 Jorie Boulevard<br>Suite 150<br>Oak Brook, IL 60523<br>Telephone number: (630) 575-8181 | Bankruptcy Trustee (name and address):<br>Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532<br>Telephone number: 630-981-3888 |

## Meeting of Creditors:
**Date: November 25, 2015    Time: 12:30 PM**
**Location: Joliet City Hall, 150 W Jefferson Street, 2nd Floor, Joliet, IL 60432**
All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): 2/23/16    For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)): 4/28/16

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan and Attorney Fees
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation and to consider a request by debtor's counsel for payment of legal fees will be held:
Date: December 18, 2015, Time: 10:30 AM, Location: Joliet City Hall, 150 W Jefferson Street, 2nd Floor, Joliet, IL 60432

The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $4000.00
If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 1/25/16**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1-866-222-8029 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: November 2, 2015    NOV 10 2015 |

Illinois Tollway
P.O. Box 5544
Chicago, IL 60680-5544



Run Time:    11/11/2015 11:49:23

Party Balance Summary Report

### General Information

| | | |
|---|---|---|
| Respondent Name: | CHARLES OCONNOR<br>KIMBERLY KING | Violator Flags: |
| Respondent Address: | 12043 S UNION<br>CHICAGO, IL 60628 | |
| Plate Number: | E265079 / IL / Passenger Car | |

Balance Summary as of   11/11/2015

| | Original Amount (A) | Escalated Amount (B) | Total Amount (C) | Payment Applied (D) | Dismissed Amount (E) | Balance Due (C - D - E) |
|---|---|---|---|---|---|---|
| VN153406029 | $473.00 | $0.00 | $473.00 | $0.00 | $0.00 | $473.00 |
| VN151626837 | $63.70 | $0.00 | $63.70 | $0.00 | $0.00 | $63.70 |
| VN151390170 | $365.10 | $0.00 | $365.10 | $0.00 | $0.00 | $365.10 |
| Total Amount: | $901.80 | $0.00 | $901.80 | $0.00 | $0.00 | $901.80 |

Payment Received:        $0.00
Overpayment Amount:      $0.00
Amount Refunded:         $0.00
Invalid Refund:          $0.00

**PERSONAL CHECKS WILL NOT BE ACCEPTED**

**Payment Options:**
1. Pay in person at the Illinois Tollway's Administration Building, 2700 Ogden Avenue, Downers Grove, IL 60515.
2. Pay by mail, using the coupon below.
3. Pay by phone - call 1-800-824-7277 with your credit card information. Have your license plate number, notice number or case number available when you call.

| | | |
|---|---|---|
| Respondent: | CHARLES OCONNOR<br>KIMBERLY KING | Make Cashiers Check Or Money Order Payable to: Illinois Tollway<br>(Write license plate number, notice number or case<br>number on Cashiers Check or Money Order) |
| License Plate Number: | E265079 / IL / Passenger Car | |
| Amount Due: | $901.80 | |

**DO NOT SEND CASH or PERSONAL CHECK**      Amount Enclosed: $_____

Return Cashiers Check or Money Order payment to:

Illinois Tollway
Violation Processing Center
P.O. Box 5544
Chicago, IL 60680-5544

**Illinois Tollway**
P.O. Box 5544
Chicago, IL 60680-5544

*Illinois Tollway*

Run Time:    11/11/2015 11:49:38

Party Balance Summary Report

| General Information | | | |
|---|---|---|---|
| Respondent Name: | CHARLES OCONNOR<br>MARCHANTE OCONNOR | Violator Flags: | Collection |
| Respondent Address: | 12043 S UNION AVE<br>CHICAGO, IL 60628-6337 | | |
| Plate Number: | L632754 / IL / Passenger Car | | |

Balance Summary as of    11/11/2015

| | Original Amount (A) | Escalated Amount (B) | Total Amount (C) | Payment Applied (D) | Dismissed Amount (E) | Balance Due (C - D - E) |
|---|---|---|---|---|---|---|
| VN142012466 | $110.40 | $250.00 | $360.40 | $0.00 | $0.00 | $360.40 |
| VN124688120 | $108.90 | $250.00 | $358.90 | $0.00 | $0.00 | $358.90 |
| **Total Amount:** | **$219.30** | **$500.00** | **$719.30** | **$0.00** | **$0.00** | **$719.30** |

| | |
|---|---|
| Payment Received: | $0.00 |
| Overpayment Amount: | $0.00 |
| Amount Refunded: | $0.00 |
| Invalid Refund: | $0.00 |

**PERSONAL CHECKS WILL NOT BE ACCEPTED**

**Payment Options:**
1. Pay in person at the Illinois Tollway's Administration Building, 2700 Ogden Avenue, Downers Grove, IL 60515.
2. Pay by mail, using the coupon below.
3. Pay by phone - call 1-800-824-7277 with your credit card information. Have your license plate number, notice number or case number available when you call.

| | | |
|---|---|---|
| Respondent: | CHARLES OCONNOR<br>MARCHANTE OCONNOR | Make Cashiers Check Or Money Order Payable to: Illinois Tollway<br>(Write license plate number, notice number or case<br>number on Cashiers Check or Money Order) |
| License Plate Number: | L632754 / IL / Passenger Car | |
| Amount Due: | $719.30 | |

**DO NOT SEND CASH or PERSONAL CHECK**                    Amount Enclosed: $_____

Return Cashiers Check or Money Order payment to:

Illinois Tollway
Violation Processing Center
P.O. Box 5544
Chicago, IL 60680-5544

Report ID: PartyBalanceSum.RDF                                                                                      Page 1 of 1