# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re:                                              )
                                                    )   NO. 15 B 37282
CHARLES CORTEZ O'CONNOR and,                        )
MARCHANTE LESLIE ALLEN-O'CONNOR)
                                                    )   Chapter 13
        Debtors.                                    )
                                                    )
                                                    )   Honorable Judge Bruce W. Black
                                                    )

## NOTICE OF HEARING

TO:    Glenn B. Stearns, Chapter 13 Trustee (electronically via ECF)
       Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101 (via US Mail)
       Internal Revenue Service, Mail Stop CH1 230 S. Dearborn, Chicago, IL 60604 (via U.S.
           Mail)
       Attorney General of the United States Tax Division (DOJ), PO Box 55 Ben Franklin
           Station, Washington, DC 20530 (via U.S. Mail)
       Civil Process Clerk, Office of the United States Attorney for the Northern District of
       Illinois, 219 S. Dearborn, 5th Floor, Chicago, IL 60604 (via U.S. Mail)
       Internal Revenue Service, Attn: Deborah Green (Bankruptcy Specialist), P.O. Box
       330500 M/S 15, Detroit, MI 48232-6500
       Charles Cortez O'Connor and Marchante Leslie Allen-O'Connor, 12403 S. Union,
       Chicago, Illinois 606028

PLEASE TAKE NOTICE that on April 8, 2016 at 10:00 a.m., the undersigned will appear before
the Honorable Judge Bruce W. Black at the Joliet City Hall, 150 West Jefferson Street, 2nd
Floor, Joliet, Illinois 60432 and will then and there present the attached **DEBTOR'S
OBJECTION TO CLAIM 1-1 OF DEPARTMENT OF THE TREASURY-INTERNAL
REVENUE SERVICE**, at which time you may appear if you so choose.

## Certificate of Service

I, Paul Bach, hereby certify that I caused a copy of this notice to be served by the method stated on the service list above upon the above parties on March 7, 2016 before the hour of 5:00 p.m. from the office located at 900 Jorie Blvd., Ste 150, Oak Brook, IL 60523.

**BY:** **/S/ PAUL M. BACH**
SULAIMAN LAW GROUP, LTD.
COUNSEL FOR DEBTOR(S)
900 JORIE BOULEVARD, SUITE 150
OAK BROOK, IL 60523
PHONE: (630) 575-8181
FAX: (630) 575-8188
ATTORNEY NO: 6209530

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In Re: )
) NO. 15 B 37282
CHARLES CORTEZ O'CONNOR and, )
MARCHANTE LESLIE ALLEN-O'CONNOR )
) Chapter 13
Debtors. )
)
) Honorable Judge Bruce W. Black
)

DEBTORS' OBJECTION TO CLAIM 1-1 OF DEPARTMENT OF THE TREASURY-
INTERNAL REVENUE SERVICE

NOW COMES, CHARLES CORTEZ O'CONNOR & MARCHANTE LESLIE ALLEN-O'CONNOR ("Debtors"), by and through their attorney, Paul M. Bach and Penelope N. Bach of Sulaiman Law Group, Ltd., and pursuant to Federal Bankruptcy Procedure Rule 3007, Objects to Claim 1-1 of the Department of the Treasury-Internal Revenue Department ("IRS") and in support thereof, states as follows:

1. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on October 31, 2015.

2. On or about November 10, 2015, the IRS filed an proof of claim in the amount of $40,993.39. *See* attached Exhibit is a true and accurate copy of the Proof of Claim ("Claim 1-1") filed by the IRS.

3. The liability for part the amount alleged to be priority and unsecured non priority alleged by the IRS relates to the fact that the IRS alleges the 2011 and 2012 return is "Unassessed-No Return" meaning the IRS does not have a 1040 return for the Debtor for 2011 and 2012.

4. Attached to this Objection is a copy of the Debtor's 2011 and 2012 1040 return.

5. The 2011 1040 return shows tax liability for the Debtor for 2011 in the amount of $8,013.00. The estimated liability in the Proof of Claim for 2011 is $17,627.09.

6. The 2012 1040 return shows tax liability for the Debtor for 2012 in the amount of $7,267.00. The estimated liability in the Proof of Claim for 2012 is $16,026.51.

7. Claim Number One (1-1) should be modified by this Court pursuant to 11 USC 502(b)(1) on that basis to a total amount of $24,750.29 ($11,528.00 priority and $13,222.29 unsecured non priority).

## STANDARD

8. A proof of claim executed and filed in accordance with Rule 3001 shall constitute prima facie evidence of the validity and amount of the claim. Rule 3001(f).

9. "Claim objectors carry the initial burden to produce some evidence to overcome the rebuttable presumption of validity." *In re Dugar*, 392 B.R. 745, 749 (Bankr.N.D.Ill 2008).

10. "Once the objector has produced some basis for calling into question allowability of a claim, the burden then shifts back to the claimant to produce evidence to meet the objection and establish that the claim in fact is allowable." *In re Vanhook*, 426 B.R. 296, 299 (Bank.N.D.Ill. 2010).

11. "However, the ultimate burden of persuasion always remains with the claimant to prove entitlement to the claim." *In re Watson*, 402 B.R. 294, 297 (Bankr.N.D.Ind. 2009).

WHEREFORE, the Debtor, CHARLES CORTEZ O'CONNOR & MARCHANTE LESLIE ALLEN-O'CONNOR ask this Honorable Court for the following relief:

A. Sustaining Debtor's Objection to Claim 1-1;

B. Modifying Claim 1-1 to a total amount of $24,750.29 ($11,528.00 priority and $13,222.29 unsecured non priority);

C. For any and all other relief this Court deems fair and proper.

Dated: March 7, 2016            Respectfully Submitted,

/s/ Paul M. Bach
SULAIMAN LAW GROUP, LTD.
COUNSEL FOR DEBTOR(S)
900 JORIE BOULEVARD, SUITE 150
OAK BROOK, IL 60523
PHONE: (630) 575-8181
FAX: (630) 575-8188
ATTORNEY NO: 6209530