UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
   Charles C O'Connor  
   Marchante L Allen-O'Connor  
        Debtor(s)

Case No. 15-37282

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/31/2015.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 05/20/2016.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 9.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $37,024.13.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,917.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$2,917.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $28.68 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $145.85 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$174.53** |

Attorney fees paid and disclosed by debtor:   $550.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| INTERNAL REVENUE SERVICE | Priority | 18,157.01 | NA | NA | 0.00 | 0.00 |
| JP MORGAN CHASE BANK NA AUTO | Secured | 2,671.92 | 461.84 | NA | 457.57 | 0.00 |
| JP MORGAN CHASE BANK NA AUTO | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NORTHCASH/NORTH STAR FINANCE | Unsecured | 274.00 | NA | NA | 0.00 | 0.00 |
| OLYMPIA FIELDS EYECARE | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| PARSON BISHOP COLLECTION/DR PA | Unsecured | 543.00 | NA | NA | 0.00 | 0.00 |
| PRIMARY HEALTH CARE ASSOCIATI | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING CONSULT | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL RECOVERY SERVICES/HC | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| RIDGE ORTHOPEDICS & REHAB | Unsecured | 115.92 | NA | NA | 0.00 | 0.00 |
| SEAS & ASSOCIATES/BLAST FITNESS | Unsecured | 111.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY/COMCAST | Unsecured | 969.00 | NA | NA | 0.00 | 0.00 |
| THE UNIVERSITY OF CHICAGO PHYS | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICES INC/HR B | Unsecured | 483.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO PHYSICIA | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVICES/INGAL | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ACCESS CREDIT UNION | Unsecured | 624.00 | NA | NA | 0.00 | 0.00 |
| ACCESS CREDIT UNION | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ARGOS UNIVERSITY | Unsecured | 2,244.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD HARRIS/ILLINOIS TOLLWAY | Unsecured | 359.00 | NA | NA | 0.00 | 0.00 |
| BEST CHOICE 123 | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| BLUE CROSS BLUE SHIELD | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| BLUE CROSS BLUE SHIELD | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |
| CAB SERVICE/FOREST SOUTH ANIM. | Unsecured | 353.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPARTMENT OF | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DEKALB POLICE DEPARTMENT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DELRAY CAPITAL LLC/CASHNET | Unsecured | 350.74 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP/SPRIN | Unsecured | 934.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC/EMP OF COOK COU | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC/DENTALWORKS | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ALLIANCE | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| FRANKLIN COLLECTION SERVICE IN | Unsecured | 69.96 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICES/E | Unsecured | 359.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICE/ADV | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 360.40 | NA | NA | 0.00 | 0.00 |
| JP MORGAN CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGAN BLAIR & SAM | Unsecured | 805.20 | NA | NA | 0.00 | 0.00 |
| MCSI INC/VILLAGE OF MATTESON | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC/VILLAGE OF UNIVERSITY | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC/CITY OF CHICAGO HEIGHT | Unsecured | 1,198.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC/CITY OF COUNTY CLUB HI | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU/AEGIS | Unsecured | 680.00 | NA | NA | 0.00 | 0.00 |
| MIDSTATE COLLECTION SOLUTION/ | Unsecured | 792.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTION OF AMERI( | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLETION OF AMERIC. | Unsecured | 251.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL/NICOR GAS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY CLERK | Secured | 15,033.14 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY TREASURER | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY TREASURER | Secured | 19,101.42 | NA | NA | 2,284.90 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $457.57 | $0.00 |
| All Other Secured | $0.00 | $2,284.90 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$2,742.47** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $174.53 |
| Disbursements to Creditors | $2,742.47 |
| **TOTAL DISBURSEMENTS** : | **$2,917.00** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/20/2016        By: /s/ Glenn Stearns
                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**